Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
2024 MAR -8 PM 4: 10
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CR_____

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Austin Division

Gutierrez, Stephen J

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

EXETER FINANCE LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:24CV00262 DII
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ✔ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Gutierrez, Stephen J |
  | Street Address | 8225 N Fm 620 Apt#2022 |
  | City and County | Austin, Travis County |
  | State and Zip Code | Texas, 78726 |
  | Telephone Number | 512-839-3824 |
  | E-mail Address | stephen.gutierrez92@yahoo.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    EXETER FINANCE LLC
    Job or Title *(if known)*
    Street Address    2250 W John Carpenter Fwy
    City and County    Irving, Dallas County
    State and Zip Code    Texas, 75063
    Telephone Number    214-572-8256
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* E_____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I tendered payment with a negotiable instrument I sent to billing department of exeter finance on 2/10/24 on that same day I sent the instructions to with the copy of the negotiable intrument and a durable power of attorney that I sent to billing department to the CFO(Jasun Kulas) of EXETER FINANCE LLC. I followed up every 5 days, I sent a notice with instructions which was the days given to perform on my account. I sent 3 notices with instructions to Jason Kulas. I gave instructions with tender and did everything right on the instrument. Plaintiff is entitled to damages caused by the defendant for breach of contract for failure to perform fuciary duties. contract was breached 2/14/24

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks for 7,000,000 in civil money penalties as per federal reserve act 29. Plaintif seeks specific performance from CFO of EXETER FINANCE LLC or agent of EXETER FINANCE LLC, to each and every billing cycle, apply the principals balance to the principals account for set off. Plaintiff seeks damages because EXETER FINANCE LLC breached the contract.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/08/2024

Signature of Plaintiff: *Gutierrez, Stephen J*
Printed Name of Plaintiff: Gutierrez, Stephen J

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address