IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN J GUTIERREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-262-DII |
| | § | |
| EXETER FINANCE LLC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff Stephen J Gutierrez's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 4). The Court's Order dismissed without prejudice Plaintiff's complaint, (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 19, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE